UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10737 |
| BRAZOS EMERGENCY PHYSICIANS ASSOCIATION, P.A. | § | |
| DEBTOR(S), | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Harris County**
secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P O BOX 3064
HOUSTON, TX 77253-3064
Telephone:  (713)844-3478
Facsimile:  (713)844-3503
Email:      houston_bankruptcy@publicans.com

By: _____
John P. Dillman         State Bar No.    05874400

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

C. DANIEL ROBERTS

C. DANIEL ROBERTS & ASSOCIATES PC
1602 E. CESAR CHAVEZ ST.
AUSTIN, TX 78702-4456

Dated this 1st day of April, 2010.

BRAZOS EMERGENCY PHYSICIANS ASSOCIATION, P.A.

2425 WEST LOOP SOUTH
SUITE 601
HOUSTON, TX 77027

John P. Dillman