# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-10737-CAG |
| BRAZOS EMERGENCY PHYSICIANS | § | |
| ASSOCIATION, P.A. | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

NOW COMES Patrick Woods, Steve Matti, Leor Peleg, George Simons, Dan Burian, Eric Schroeder, Dan Mao and John Buck ("Woods, et al"), creditors and parties in interest in the above-entitled and numbered Chapter 11 case, and without consenting to or waiving any rights with respect to jurisdiction under Title 11 of the United States Bankruptcy Code, files this Notice of Appearance and Request for Service of Papers pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and in support thereof would respectfully show the Court as follows:

1. Woods, et al are creditors and parties in interest in this Chapter 11 proceeding pursuant to Bankruptcy Code § 1109(b). Said parties may appear and be heard on any issue in this case.

2. In order to exercise their rights to appear and be heard under Bankruptcy Code §1109(b), said parties must receive proper notice of hearings in this case as well as service of all notices issued and pleadings filed herein. Accordingly, said parties request that all notices given and pleadings filed in this case be served upon them and through their attorneys of record given in paragraph 3 of this Notice.

3. Woods, et al hereby request service at the following addresses of (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017 and 9007, (ii) all notices of hearings and

1251233.1

entries of orders, (iii) every order signed in this case, and (iv) every pleading or report filed in this case including, without limitation, schedules, statements of affair, motions, applications, complaints, demands, requests, petitions, answering or reply papers, memorandum briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings whether formal or informal and whether without regard to the means by which they are transcended or delivered:

> Frank R. Monroe
> James V. Hoeffner
> Kelle K. Masters
> Graves Dougherty Hearon & Moody
> 401 Congress Avenue, Suite 2200
> Austin, Texas 78701
>
> A. Scott Alford
> Greg Jones
> Franklin, Cardwell & Jones
> 1001 McKinney, 18th Floor
> Houston, Texas 77002

DATED this 19th day of April, 2010.

> Respectfully submitted,
>
> GRAVES, DOUGHERTY, HEARON & MOODY
> A Professional Corporation
> 401 Congress Avenue, Suite 2200
> Austin, Texas 78701
> (512) 480.5600 Telephone
> (512) 480.5861 Telecopier
>
> By: _/s/ Frank R. Monroe_
> Frank R. Monroe
> Texas Bar No. 14271000
> James V. Hoeffner
> Texas Bar No. 09772700
> Kelle K. Masters
> Texas Bar No. 24032495
>
> ATTORNEYS FOR PATRICK WOODS, STEVE MATTI, LEOR PELEG, GEORGE SIMONS, DAN BURIAN, ERIC SCHROEDER, DAN MAO AND JOHN BUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was served on April 19, 2010 via cm/ecf to those parties who appear on the Electronic Filing Service list for the above-captioned case and by regular U.S. mail to those parties appearing below.

**Debtors:**
Brazos Emergency Physicians Association, P.A.
c/o Emtel, Inc.
2425 West Loop South, Suite 601
Houston, TX 77027

**Debtors' Counsel:**
C. Daniel Roberts
C. Daniel Roberts & Associates, P.C.
1602 East Cesar Chavez
Austin, TX 78702

By: _____
Frank R. Monroe

1251233.1